# HARVEY FISHBEIN

———— ATTORNEY AT LAW ————

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

April 5, 2019

**BY ECF**
Hon. Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>USA v. Sterling, et al.</u>
17 Cr. 490 (NRB)

Dear Judge Buchwald:

I, along with Peter Quijano, represent Xavier Deliser in the above-referenced matter.

Please permit Mr. Delier to join in the pre-trial motions filed by Franklyn Sterling to the extent that any motion is not inconsistent with Mr. Deliser's interests.

Respectfully submitted,

Harvey Fishbein

cc:     Peter Quijano (by ECF)
        AUSA David Zhou (by ECF)
        AUSA Jason Swergold (by ECF)
        AUSA Gina Castellano (by ECF)
        Kelley Sharkey (by ECF)
        Jean Barrett (by ECF)
        Natali Todd (by ECF)
        Anna Sideris (by ECF)